UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-cr-00316-JCM-NJK |
| vs. | ) | |
| JUAN ANTONIO ZAMORA, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress. Docket No. 18. The Court hereby SETS an evidentiary hearing on this motion, for March 20, 2017, at 10:00 a.m. in Courtroom 3A. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: March 14, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge