1
2
3
4
5
6
7

8                   **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10
UNITED STATES OF AMERICA,                )
11                                       )        Case No. 2:16-cr-00316-JCM-NJK
                        Plaintiff(s),    )
12                                       )        ORDER
    vs.                                  )
13                                       )
    JUAN ANTONIO ZAMORA,                 )        (Docket No. 30)
14                                       )
                        Defendant(s).    )
15 _____)

16        Pending before the Court the Government's motion to continue the evidentiary hearing currently

17 set for April 27, 2017. Docket No. 30. For good cause shown, the motion is hereby **GRANTED**, and

18 the evidentiary hearing is **CONTINUED** to 10:00 a.m. on May 3, 2017, in Courtroom 3B.

19        IT IS SO ORDERED.

20        DATED: April 24, 2017

21        _____
          NANCY J. KOPPE
22        United States Magistrate Judge

23
24
25
26
27
28