# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00316-JCM-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| JUAN ANTONIO ZAMORA, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to compel, Docket No. 38, which is **DENIED** without prejudice because it is not supported by points and authorities, *see* Local Rule 7-2(d). In light of this order, the Court **STRIKES** the minute order at Docket No. 39 setting a briefing schedule.

IT IS SO ORDERED

Dated: May 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge