# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00316-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. |  |
| JUAN ANTONIO ZAMORA, |  |
| Defendant(s). |  |

Pending before the Court is Defendant's motion to compel. Docket No. 41. Any response shall be filed no later than May 17, 2017, and any reply shall be filed no later than May 19, 2017.

IT IS SO ORDERED

Dated: May 15, 2017

NANCY J. KOPPE
United States Magistrate Judge