# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
            Plaintiff, ) Case No. 2:16-cr-00316-JCM-NJK
vs. ) ORDER
JUAN ANTONIO ZAMORA, )
            Defendant. )

Pending before the Court is Defendant's motion to compel. Docket No. 41. The Court previously denied without prejudice the same motion because Defendant failed to cite points and authorities in violation of the Court's Local Rules. Docket No. 40. *See also* Docket No. 38. The United States has now filed a response to Defendant's motion that fails to cite points and authorities in support of the motion. Docket No. 43. *See also* LCR 47-3. As the Court allowed Defendant an opportunity to correct his motion, the Court will allow the United States one opportunity to correct its response.

Accordingly, the United States' response is hereby **STRICKEN**. The United States shall respond to Defendant's motion no later than May 19, 2017, at 12:00 p.m. The response shall comply in full with the Court's Local Rules. Defendant may reply to the United States' response no later than May 23, 2017, at 12:00 p.m. No further opportunities to correct violations of the Local Rules will be granted.

IT IS SO ORDERED.

DATED: May 18, 2017.

                                              NANCY J. KOPPE
                                              United States Magistrate Judge