UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-316 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JUAN ANTONIO ZAMORA, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation ("R&R") that defendant Juan Antonio Zamora's motion to suppress (ECF No. 18) be denied. (ECF No. 50). No objections have been filed, and the deadline to do so has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

**James C. Mahan**
**U.S. District Judge**

      Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge.  Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to ADOPT the magistrate judge's findings.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Koppe's report and recommendation (ECF No. 50) be, and the same hereby is, ADOPTED in its entirety.

      IT IS FURTHER ORDERED that defendant Juan Antonio Zamora's motion to suppress (ECF No. 18) be, and the same hereby is, DENIED.

      DATED July 26, 2017.

                                                        _____
                                                         UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**