RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Juan Antonio Zamora

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ANTONIO ZAMORA,<br><br>Defendant. | Case No. 2:16-cr-316-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Juan Antonio Zamora, that the Sentencing Hearing currently scheduled on Thursday, November 16, 2017 at 10:30am, be vacated and continued to another date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defense will be out of the jurisdiction on November 16, 2017.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 8th day of November, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ANTONIO ZAMORA,<br><br>Defendant. | Case No. 2:16-cr-316-JCM-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Thursday, November 16, 2017 at 10:30 a.m., be vacated and continued to **Thursday, November 30, 2017 at 10:30 a.m.**

DATED this 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE